IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:

**VIRGINIA HUNTER**

 Plaintiff,

-vs-

**CIRCLE K STORES, INC.,**
A foreign corporation

 Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, the Plaintiff, by and through her undersigned counsel, sues the Defendant and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000.00, exclusive of attorney fees and cost, and is within the exclusive subject matter jurisdiction of this court.

2. At all times material hereto, Plaintiff was/is sui juris and a resident of Marion County, Florida.

3. At all times material hereto, Defendant, Circle K Stores, Inc., was a foreign corporation with its principal place of business in Tempe, AZ.

4. This court has personal jurisdiction over the defendant pursuant to Florida's Long-Arm Statute, 48.193(1) (a) (1) & (2).

5. At all times material hereto Defendant acted through it employees, agents and servants with the real, implied or apparent authority to act and maintained a place of business at 4750 S. US HWY 41, Dunnellon, FL., 34442.

6. On the date of loss, the Defendant was the owner or leasee of the aforementioned premise and in possession and control of the premise.

7. That the incident giving rise to this action occurred on February 10, 2021, when the plaintiff was an invitee on the premise to purchase goods.

8. The defendant owed a duty of act with reasonable care to maintain a safe premise and to warn the plaintiff of latent dangerous conditions which the Defendant either had actual or constructive knowledge of its existence.

9. The defendant breached this duty of care by failing to remediate a dangerous condition, to wit: in the area of the soda machine was a promotional display for a particular product. The display was constructed of aluminum, or other similar metal, that displayed the product, the feet of the display stand extended into the aisleway creating a trip hazard. As the Plaintiff made her way down the aisle to the soda machine she moved to the edge of the aisle to allow for a passing another store invitee and tripped over the feet of the display stand. The employees of the Defendant created this condition by positioning the display in such a manner as to allow the feet to extend into the aisleway thereby creating a trip hazard, or had actual or constructive knowledge of the placement of the display and the tripping hazard that it created. As well, extension of the feet into the aisleway created a latent dangerous condition of which the defendant's employees had actual or constructive knowledge of and therefore a duty to warn plaintiff, which they did not.

10. As a direct and proximate result of the defendant's negligence the plaintiff has suffered physical and mental pain and suffering, disability, impairment, disfigurement, inconvenience, loss of the capacity for the enjoyment of life, has incurred expenses for medical care and treatment, has aggravated a pre-existing condition, has incurred a loss of earning and loss of earnings capacity. These losses have occurred in the past, continue at present, and are expected to continue into the future.

**WHEREFORE**, on the above considered premise Plaintiff demands judgment against the Defendant for compensatory damages and cost of suit and demands a trial by jury on all issues allowed under Florida law.

**DATED** August 31, 2021.

FARAH & FARAH, P.A.

_____
David Kerce, Esquire
Florida Bar No.: 902373
940 Beville Rd.
Daytona Beach, FL 32114
(386) 267-4814 phone/fax
dkerce@farahandfarah.com
dmunson@farahandfarah.com
Direct-386-271-3954
Attorney for Plaintiff

[13026981/1]